# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Chapter 7 |
| JOHN THOMAS LUCIANO, | ) |
|  | ) |
| Debtor. | )  Case No. 18-13207-MDC |
|  | ) |

## APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY
## STAR REAL ESTATE AS REAL ESTATE BROKER

TO:  THE HONORABLE MAGDELINE D. COLEMAN, U.S. BANKRUPTCY JUDGE:

The Application of Gary F. Seitz, Esquire, Trustee herein, by and through his counsel, Gellert Scali Busenkell & Brown LLC, respectfully represents that:

1. Your applicant is the duly appointed Chapter 7 Trustee, has qualified and is so acting in the above-captioned bankruptcy proceeding.

2. This application is filed pursuant to the provisions of 11 U.S.C. §327.

3. Applicant desires to employ Star Real Estate Group, Inc., as real estate broker for the Trustee, ("Real Estate Broker") to provide real estate consulting, marketing and related brokerage services with respect to any and all real estate of the bankruptcy estate including 729 S. 9TH St, Philadelphia, PA 19147 (the "Property").

4. Real Estate Broker has conducted a preliminary investigation into and an analysis of the Property. Your Applicant believes that the Real Estate Broker's knowledge and experience in these matters will greatly assist your Applicant in obtaining the best possible price in a prompt and efficient manner without unnecessary and duplicative expense to the estate.

5. Real Estate Broker's special employment will be limited to the Property.

6. Sale of the Property in a prompt and efficient manner will greatly enhance the assets of the estate and is in the best interests of the estate.

7. Real Estate Broker has agreed to accept this engagement at the firm's standard commission of six percent (6%) of the purchase price, subject to application on notice for bankruptcy court approval as required.

8. Real Estate Broker's agreement with the Trustee is that in the event its firm is unsuccessful in locating an able buyer, the firm will waive any administrative claim for costs and expenses advanced in furtherance of the transaction.

9. The best interest of the estate will be served by the limited retention of the Real Estate Broker.

10. The Real Estate Broker is disinterested as set out in the Declaration of Richard Astrella. A true and correct copy of Declaration is attached and marked as **Exhibit "A"**.

11. This Application has been made in accordance with Local Rule 9013(d) and 2014.1.

WHEREFORE, Your Applicant prays for an Order approving the employment of Star Real Estate as Real Estate Broker for the Trustee and for such other and further relief as is just.

Dated: March 6, 2019
Philadelphia, PA

GELLERT SCALI BUSENKELL & BROWN LLC

By: /s/ Holly S. Miller
Gary F. Seitz, Esquire
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com
Counsel to the Chapter 7 Trustee